**Order entered May 12, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01658-CV

**SULMA GONZALES, Appellant**

**V.**

**THE DALLAS COUNTY APPRAISAL DISTRICT, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09665**

## ORDER

The reporter's record is past due. Appellant is indigent and allowed to proceed without advance payment of costs. On April 1, 2014, the Court ordered Sheretta Martin, Official Court Reporter for 162nd Judicial District Court of Dallas County, Texas, to file, by May 1, 2014, either the reporter's record or written documentation that appellant has not requested the reporter's record. As of today's date, the Court has not received any response from Ms. Martin.

Accordingly, we again **ORDER** Ms. Martin to file, **ON OR BEFORE MAY 20, 2014**, either: (1) the reporter's record; or (2) written documentation that appellant has not requested the reporter's record. *We caution appellant that, if the Court receives written documentation of no request, the Court will order the appeal submitted without the reporter's record*. *See* TEX. R. APP. P. 37.3(c)(1).

We **DIRECT** the Clerk of this Court to send: (1) **both** a paper copy of this order and an electronic copy to the Honorable Phyllis Lister Brown, Judge of the 162nd Judicial District Court of Dallas County, Texas, and Ms. Martin; and (2) a copy by electronic transmission to appellant and all counsel of record.

/s/     ADA BROWN
        JUSTICE